# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STEPHENS ASSOCIATES LIMITED PARTNERSHIP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-846C |
| **THE UNITED STATES,** | * | (Filed Oct. 7, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties' Joint Motion for a Stay of Proceedings filed on September 30, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

The parties shall file a subsequent Joint Status Report within the earlier of 90 days or 14 days of the completion of Alternative Dispute Resolution in the eight designated cases before Judge Horn: Grass Valley Inv. Group I v. United States, No. 04-1284C (Fed. Cl.); Diamond Springs Inv. Group II v. United States, No. 04-1302C (Fed. Cl.); Weaverville Inv. Group I v. United States, No. 04-1320C (Fed. Cl.); Hollister Inv. Group II v. United States, No. 04-1297C (Fed. Cl.); Ramona Inv. Group II v. United States, No. 04-1259C (Fed. Cl.); Pixley Inv. Group v. United States, No. 04-1315C (Fed. Cl.); Brawley I Inv. Group v. United States, No. 04-1287C (Fed. Cl.); and Brawley II Inv. Group v. United States, No. 04-1305C (Fed. Cl.).

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge