**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ALLEGRE VILLA, A LIMITED
Partnership, *et al.*

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 98-823**
**(Judge Christine O.C. Miller)**

---

ANTHONY GARDENS APARTMENTS

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 04-1309**
**(Judge Christine O.C. Miller)**

---

ASPEN GREEN II

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-647**
**(Judge Christine O.C. Miller)**

---

---

EL PASEO, LTD.

Plaintiff,

**File No. 04-1285**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

FAIRVIEW PROPERTIES, LTD.

Plaintiff,

**File No. 05-1298**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

FORT FAIRFIELD REALTY ASSOCIATES

Plaintiff,

**File No. 05-1375**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

---

HOLCOMB RURAL HOUSING

Plaintiff,

**File No. 06-8**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

KALISPELL INVESTMENT GROUP

Plaintiff,

**File No. 05-1253**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

LAKE HAVASU INVESTMENT GROUP

Plaintiff,

**File No. 04-1291**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

---

MOJAVE VILLA APARTMENTS, A
Limited Partnership

Plaintiff,

**File No. 05-819**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

ONE EIGHTY-TWO HOUSING PARTNERS,
Limited Partnership

Plaintiff,

**File No. 06-20**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

RIPON ASSOCIATES 82, A LIMITED
Partnership

Plaintiff,

**File No. 05-808**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

STEPHENS ASSOCIATES LIMITED
Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-846**
**(Judge Christine O.C. Miller)**

UNION HOUSING PARTNERSHIP

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1361**
**(Judge Christine O.C. Miller)**

YORK APARTMENTS

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-670**
**(Judge Christine O.C. Miller)**

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 17, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR")

pilot program.

As previously reported to the Court, the parties have resolved all principal issues and the attorneys for both sides have reached a proposed settlement agreement, subject to final approval by both parties. This settlement agreement, which was reached during the ADR conferences held before Judge Horn on May 8 through 9, 2006, is the product of the parties' efforts through the ADR process over the past eighteen months. The parties' agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving approximately 800 properties – including this case.

The parties are close to finalizing the numerous documents that comprise the terms of their agreement and plan to begin the approval process within the Department of Justice in the near future. As part of this effort, the parties also held further status conferences with Judge Horn on June 7, 2006, June 28, 2006, and August 1, 2006. A further status conference is scheduled for August 25, 2006, by which time the parties hope that the form approval process within the Department of Justice will be underway. Thus, the parties request that this matter continue to be stayed until the agreement has been approved and executed by all parties. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: August 16, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*